Robert J. Lauson, Esq., No. 175,486
LAUSON & TARVER LLP
880 Apollo Street, Suite 301
El Segundo, California 90245
Tel.: (310) 726-0892
Fax: (310) 726-0893
Email: bob@lauson.com

Attorneys for Defendant
Audio Video Color Corporation

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| REFLEX PACKAGING INC.<br><br>Plaintiff,<br><br>v.<br><br>AUDIO VIDEO COLOR CORPORATION, a California Corporation, d/b/a, AVC CORPORATION<br><br>Defendant. | Case No. CV 13 3307 KAW<br><br>Stipulated and [~~Proposed~~] Order Extending Time For Defendant's Reply To Plaintiff's Opposition To The Motion To Dismiss Or Transfer, And Permitting Defendant To Appear By Phone At Hearing (If Held)<br><br>Date: Fri. Oct. 11, 2013<br><br>Time: 9 a.m.<br><br>Place: Courtroom 10 |

    Pursuant to Civil Local Rule 6-2, the parties to this action, Reflex Packaging Inc. ("Plaintiff") and Audio Visual Color Corporation ("Defendant"), hereby stipulate and agree as follows:

    Defendant shall file its Reply (currently due on September 18, 2013) regarding its Motion to Dismiss or Transfer no later than Weds. Sep. 25, 2013.

    Defendant needs an additional week because Defendant contends that new issues are raised in the opposition by the amended complaint, and Defendant's

1

general counsel being out of the country Sep. 15-19. Plaintiff disagrees that any new issues are raised by its opposition, but as a courtesy, Plaintiff consents to the additional time being granted, so long as the hearing date of October 11, 2013 is unaffected. All other dates and deadlines herein shall remain unchanged.

Further, Defendant, located in Los Angeles County, desires to appear by telephone if the hearing is held. Plaintiff does not object.

IT IS SO STIPULATED.

SCHNADER HARRISON SEGAL & LEWIS LLP

Dated: Sep. 13, 2013

By: /MMC/
MICHAEL M. CARLSON
VALERIE BANTNER PEO
Attorneys for Plaintiff
REFLEX PACKAGING INC.

LAUSON & TARVER LLP

Dated: Sep. 13, 2013

By: /RJL/
ROBERT LAUSON
Attorneys for Defendant
AUDIO VIDEO COLOR CORP.

PURSUANT TO STIPULATION, IT IS SO ORDERED. The new reply deadline is Sep. 25, 2013. At the hearing, Defendant may appear by telephone.

Dated: 9/14/13

By: *Susan Illston*
HON. SUSAN ILLSTON
Senior District Judge

2